UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERENA TURNER,

    Plaintiff,

vs.                          Case No. 4:12-cv-52-RS/CAS

FLORIDA PREPAID COLLEGE BOARD,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

    Plaintiff hereby notifies the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties, with each side to bear their own fees and costs.  Plaintiff requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

    Respectfully submitted

    /s/ Marie A. Mattox
    Marie A. Mattox [FBN 0739685]
    MARIE A. MATTOX, P.A.
    310 East Bradford Road
    Tallahassee, FL 32303
    (850) 383-4800 (telephone)
    (850) 383-4801 (facsimile)

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF to all counsel of record this 1st day of November, 2013.

/s/ Marie A. Mattox
Marie A. Mattox